

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore ORDERED that said judgment be and it hereby is affirmed.

## UNITED STATES of America, Plaintiff—Appellee,

v.

## Miguel LOPEZ–BAUTISTA, also known as Carlos Torrez–Torrez, also known as Juan Santiago, also known as Seberio Gomez Defendant—Appellant.

No. 02–6430.

United States Court of Appeals, Sixth Circuit.

June 11, 2004.

Joseph C. Murphy, Jr., Linda Harris, Asst. U.S. Attorney, U.S. Attorney's Office, Memphis, TN, for Plaintiff–Appellee.

J. Patten Brown, III, Asst. F.P. Defender, Office of the Federal Public Defender for the Western District of Tennessee, Memphis, TN, for Defendant–Appellant.

Before MERRITT, DAUGHTREY, Circuit Judges, and HAYNES,* District Judges.

### ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

---

* The Honorable William J. Haynes, Jr., U.S. District Judge for the Middle District of Tennessee, sitting by designation.

## Thomas BRIDGEWATER Plaintiff—Appellant,

v.

## JEFFERSON COUNTY FISCAL COURT Defendant— Appellee.

No. 03–5454.

United States Court of Appeals, Sixth Circuit.

June 11, 2004.

Richard N. Bush, Louisville, KY, for Plaintiff–Appellant.

Burell Frank Radmacher, III, Jefferson County Attorney's Office, Jeffrey L. Freeman, Jeffrey L. Freeman Attorney at Law, Louisville, KY, for Defendant–Appellee.

Before MERRITT, DAUGHTREY, Circuit Judges, and HAYNES,*District Judge.

---

* The Honorable William J. Haynes, Jr., U.S. District Judge for the Middle District of Tennessee, sitting by designation.